IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBELE IKEZOGWO,<br>　　　　Plaintiff,<br><br>v.<br><br>OMOLADE ADEBOWALE FATIREGUN,<br>　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  24-5672 |

**O R D E R**

**AND NOW**, this 3rd day of January, 2025, following an evidentiary hearing and submissions from both parties, IT IS ORDERED that the Petition for Return of Child (ECF Nos. 1 and 2) is **GRANTED**. O.I.F. shall immediately return to Petitioner in the United Kingdom or remain there if he is currently in the United Kingdom. Further,

1. Within seven (7) days of the entry of this Order, the parties must meet and confer, and enter a joint status update with the Court as to the location and wellbeing of O.I.F.

2. Within fourteen (14) days from the entry of this Order, Petitioner is ordered to resubmit an itemized list of all expenses the Court has indicated it will consider for reimbursement. Each individual expense must be separately listed and clearly matched to an attached receipt.

3. Respondent must file his opposition to Petitioner's reimbursable fees application within fourteen (14) days of Petitioner filing her application for fees.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
　　HODGE, KELLEY B., J.